NUMBER 13-06-468-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
______________________________________________________________

ALVINO FUENTES,                                                                      Appellant,

v.

THE STATE OF TEXAS,                                                                Appellee.
_____________________________________________________________

On appeal from the 36th District Court
of San Patricio County, Texas.
______________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam


          Appellant, ALVINO FUENTES, attempts to appeal a conviction for aggravated
assault. The trial court has certified that this “is a plea-bargain case, and the defendant
has NO right of appeal.” See Tex. R. App. P. 25.2(a)(2).
          On August 24, 2006, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel’s findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.
          On September 1, 2006, counsel filed a letter brief with this Court. Counsel’s
response does not establish (1) that the certification currently on file with this Court is
incorrect or (2) that appellant otherwise has a right to appeal. 
          The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court’s certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal is
dismissed. Any pending motions are denied as moot.

                                                                PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 28th day of September, 2006.